## STANLEY CHANCE *v.* COMMISSIONER OF CORRECTION
### (AC 16872)

O'Connell, C. J., and Landau and Schaller, Js.

Argued January 15—officially released February 10, 1998

Per Curiam. The appeal is dismissed.

## CITY OF WATERBURY *v.* EILEEN HOSIER
### (AC 17047)

O'Connell, C. J., and Landau and Schaller, Js.

Argued January 15—officially released February 10, 1998

Per Curiam. The judgment is affirmed.

## STEVEN B. KULMAC *v.* COMMISSIONER OF CORRECTION
### (AC 16805)

O'Connell, C. J., and Foti and Spear, Js.

Argued January 16—officially released February 10, 1998

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* ANTHONY PARIS
### (AC 16300)

Lavery, Landau and Spallone, Js.

Argued January 16—officially released February 10, 1998

Per Curiam. The judgment is affirmed.